IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 94-40887
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REGINALD M. GANT,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 93-CR-186-1
- - - - - - - - - -
March 1, 1996
Before WIENER, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Reginald Gant appeals his conviction for possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). Gant contends that the district court erred in denying his motion to suppress evidence because the arresting officers' detention exceeded the scope and purpose of the initial traffic stop and his consent to a search of his vehicle was not voluntary. Gant also contends that the Government did not provide sufficient evidence of the knowledge element of his offense to support his conviction.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed the record and the district court's ruling on the motion to suppress and find no reversible error. Accordingly, we affirm the issues relating to the search and detention for essentially the same reasons stated by the district court.  The Government provided sufficient evidence of the knowledge element of Gant's offense based on his control of the vehicle, his nervousness exhibited during the traffic stop, and the conflicting statements taken from the passenger of the vehicle.  See United States v. Diaz-Carreon, 915 F.2d 951, 954-55 (5th Cir. 1990).

AFFIRMED.